## STATE *versus* MERRILL S. BUCK.

Where an indictment for larceny states only the collective value of the articles alleged to have been stolen, if the defendant is convicted of stealing only a part of them, and the jury find, and, in their verdict, return the value of the part so stolen, judgment may be legally rendered upon the verdict.

THIS was an indictment for stealing two robes, alleged to be of the value of thirty-six dollars. The defendant was convicted of stealing one of the robes named in the indictment, and the jury found and stated in their verdict that the robe stolen by the defendant was of the value of twenty dollars.

THE COURT *held*, that, notwithstanding only the collective value of the property alleged to have been stolen is stated in the indictment, yet, if the jury find the defendant guilty of stealing a part only of the property, and, in their verdict,

state the value of the articles so stolen by him, judgment may be well rendered upon such verdict.

TENNEY, C. J., and APPLETON, CUTTING, MAY, DAVIS, and KENT, J. J., concurred.